# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ROBERT WALLACE**                                                                                             **PLAINTIFF**

v.                                         No: 3:18-cv-00229 DPM-PSH

**TIGER FOOD SERVICES**                                                                                **DEFENDANT**

# ORDER

Plaintiff Robert Wallace, who is currently held at the Craighead County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on November 26, 2018 (Doc. No. 1). Wallace's application to proceed *in forma pauperis* was granted, and Wallace was directed to file an amended complaint with his signature (Doc. No. 4). Wallace subsequently filed a signature page for his complaint (Doc. No. 5).

Before docketing the complaint, or as soon thereafter as practicable, the Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A. As written, Wallace's complaint is too vague to determine if he has stated a claim for relief. Accordingly, Wallace must file an amended complaint explaining how many times he has been served spoiled food, why he believes the food was spoiled, and whether there is a policy, custom or action by Tiger Food Services that resulted in spoiled food being served. Wallace is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. Wallace has thirty days from the date

of this Order to file an amended complaint.  In the event he fails to file an amended complaint conforming to this order by that date, this case may be dismissed.

IT IS SO ORDERED this 18th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE