IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT WALLACE                                                          PLAINTIFF

v.                              No: 3:18-cv-229 DPM

TIGER FOOD SERVICES                                                     DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Wallace hasn't filed a free-world application to proceed *in forma pauperis*; and the time to do so has passed. № 9. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 March 2019