IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT WALLACE                                          PLAINTIFF

v.                       No: 3:18-cv-229 DPM

TIGER FOOD SERVICES                                     DEFENDANT

JUDGMENT

Wallace's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 March 2019